**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE:<br>BENES, DAVID<br><br><br><br><br>                    Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-48983 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

**TO** the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

      At:   DuPage County Courthouse
            505 N. County Farm Road, Courtroom 4016
            Wheaton, Illinois 60187

      on:   **July 25, 2008**
      at:   **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

      a. Receipts                              $                    12,546.33

      b. Disbursements                         $                         10.93

      c. Net Cash Available for Distribution   $                    12,535.40

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT | 0.00 | $250.00 |
| (US Bankruptcy Court ) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $8,000.00 |
| (Trustee's Firm Legal Fees) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $63.80 |
| (Trustee's Firm Legal Expenses) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $1,500.00 |
| (Trustee Fees) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $165.22 |
| (Trustee Expenses) | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $900.00 |
| (Trustee's Accountant Fees) | | |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      Claims of general unsecured creditors totaling $3,121.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 53.07%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | UNITED COLLECTION BUREAU | $ 209.00 | $ 110.91 |
| 002 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | $ 894.77 | $ 474.83 |
| 003 | AMERICAN EXPRESS BANK FSB | $ 2,017.50 | $ 1,070.64 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Date d: **June 24, 2008**                          For the Court,


                                                **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL 60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
            ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1        User: amcc7          Page 1 of 1           Date Rcvd: Jun 24, 2008
Case: 05-48983             Form ID: pdf002       Total Served: 24
```

The following entities were served by first class mail on Jun 26, 2008.
```
db            +David A. Benes,   1116 High Ridge Rd.,   Lombard, IL 60148-3704
aty           +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty           +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty           +Michael J Davis,   Springer, Brown, Covey, Gaertner, &Davis,   400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
tr            +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10947290       American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10947279       American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
10100572      +Amex,   P O Box 297871,   Fort Lauderdal, FL 33329-7871
10100573      +Apex,   P.O. 2189,   Northbrook, IL 60065-2189
10100579       Bank One,   PO Box 15153,   Wilmington, DE 19886-5153
10100579      +CMI,   4200 International,   Carrollton, TX 75007-1930
10100575      +Capital Mgmt,   726 Exchange St. St. 700,   Buffalo, NY 14210-1494
10100576      +Chicago Central,   75 Remitt Dr. 3274,   Chicago, IL 60675-3274
10100577      +Citi-Shell,   P O Box 15687,   Wilmington, DE 19850-5687
10100578      +City of Chicago,   P.O. 802079,   Chicago, IL 60680-2079
10100580      +Collection,   360 Merrimack St,   Lawrence, MA 01843-1740
10100581      +Credit Management,   4200 International,   Carrollton, TX 75007-1912
10100582      +Gemb/Abt Tv,   Po Box 276,   Dayton, OH 45401-0276
10100583      +Mercy,   2525 s. Michigan,   Chicago, IL 60616-2332
10100584      +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19884-0001
10100585      +Northwest Collectors,   3601 Algonquin Rd Ste 50,   Rolling Meadows, IL 60008-3126
10100586      +Northwest Collectors,   3601 Algonquin St. 500,   Rolling Meadows, IL 60008-3143
10100587      +Radiological Phys.,   P.O. 2150,   Bedford Park, IL 60499-2150
10100588     +++United Collection Bureau,   5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
```

```
The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2008        Signature:   *Joseph Speetjens*